# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. DUBE (Executor) | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, THE SCHOOL DISTRICT OF PHILADELPHIA LAW DEPARTMENT, And Any And All Agencies, Quasi-Agencies, Contracted, Private Agencies, Organizations, ROB DEBOW, Et El., MAYOR JAMES KENNEY, GOVERNOR TOM WOLFE, JOE TORSELLA, PA State Treasurer, KATHY BOOCKVAR, PA Secretary of State and PHFA HOUSING FINANCE AGENCY (BENEFICIARIES) | : | NO. 19-4276 |

## ORDER

**NOW**, this 6th day of November, 2019, upon consideration of plaintiff's motion to proceed *in forma pauperis* (Document No. 6) and his *pro se* complaint, it is **ORDERED** as follows:

1. Pursuant to 28 U.S.C. § 1915, leave to proceed *in forma pauperis* **GRANTED**.

2. The Complaint is deemed filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff is granted leave to file an amended complaint within thirty (30) days of the date of this Order, and any amended complaint shall: (a) identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint; and (b) state the basis for plaintiff's claims against each defendant.

5. The Clerk of Court shall send plaintiff a copy of this Court's form complaint to be used by a *pro se* individual filing a civil action, which the plaintiff may use to file an amended complaint;

6. Plaintiff shall use this standard form to file his amended complaint;

7. Upon the filing of an amended complaint, the Clerk shall not make service unless ordered to do so by the Court.

8. If plaintiff fails to comply with this Order, his case will be dismissed.

<u>/s/ TIMOTHY J. SAVAGE J.</u>